PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Douglas Canty  
**Docket Number:** 09-00504-001  
**PACTS Number:** 22004

**Name of Sentencing Judicial Officer:** HONORABLE Naomi Reice Buchwald(SD/NY); re-assigned via transfer of jurisdiction on 06/29/09 to The Honorable Susan D. Wigenton

**Date of Original Sentence:** 04/11/2006

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 57 months imprisonment; 3 years supervised release. Special Conditions: mental health treatment, financial disclosure, not to incur new credit or open additional lines of credit, and cooperate in the collect of DNA.

**Type of Supervision:** supervised release  
**Date Supervision Commenced:** 12/10/08

**Assistant U.S. Attorney:** Michael Robertson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Needs Assignment, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On July 30, 2009, the offender was arrested by the U.S. Secret Service and was charged with the law violation of wire fraud. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J Mullens  
Senior U.S. Probation Officer  
Date: 7/30/09

---

THE COURT ORDERS:

[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons. Date of Hearing: _____  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

6/2009
Date