UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

     :      09cr504-01 (SDW)

v.      :

     :      **ORDER**

DOUGLAS CANTEY

     :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 2nd day of February, 2010,

O R D E R E D that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Lisa Mack, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

SUSAN D. WIGENTON
United States District Judge